UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | | |
|---|---|---|
| RONALD LAGOE, | ) | |
| | ) | CV-07-5375 (ENV) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| -against- | ) | |
| | ) | |
| DAVOL, INC., and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

---------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which Defendants Davol, Inc. and C.R. Bard, Inc. may respond to the Complaint is extended to and including March 24, 2008.

Dated: New York, New York
January 23, 2008

DOUGLAS & LONDON, P.C.

By: s/Michael London
Michael A. London (ML-7510)
Attorneys For Plaintiffs
111 John Street, Suite 1400
New York, New York 10038
(212) 566-7500

Dated: New York, New York
January 23, 2008

PEPPER HAMILTON, LLP

By: ______s/Samuel J. Abate, Jr.__________
Samuel J. Abate, Jr. (SA 0915)
Attorneys For Defendants
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

SO ORDERED:

_________________________
U.S.D.J.



#9246985 v1