FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 0 6 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RONALD LAGOE,

Plaintiff,

-against-

DAVOL, INC., and C.R. BARD, INC.,

Defendants.

CV-07-5375 (ENV)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which Defendants Davol, Inc. and C.R. Bard, Inc. may respond to the Complaint is extended to and including March 24, 2008.

Dated: New York, New York
January 23, 2008

DOUGLAS & LONDON, P.C.

By: s/Michael London
Michael A. London (ML-7510)
Attorneys For Plaintiffs
111 John Street, Suite 1400
New York, New York 10038
(212) 566-7500

#9246985 v1

Dated: New York, New York
January 23, 2008

PEPPER HAMILTON, LLP

By: s/Samuel J. Abate, Jr.
Samuel J. Abate, Jr. (SA 0915)
Attorneys For Defendants
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

SO ORDERED:

s/Eric N. Vitaliano
U.S.D.J.



#9246985 v1