JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 1 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 287 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 20 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-14 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| INDIANA SOUTHERN | | | |
| INS | 1 | 07-1596 | Teesa Hauk v. Davol, Inc., et al. |
| MASSACHUSETTS | | | |
| MA | 1 | 08-10015 | Philip Katsaros v. C.R. Bard, Inc., et al. |
| NEW JERSEY | | | |
| NJ | 2 | 07-6021 | Brenda Gail Near v. Davol, Inc., et al. |
| NJ | 2 | 07-6022 | Lenora E. Shopp, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6023 | Delphine Bond v. Davol, Inc., et al. |
| NJ | 2 | 07-6024 | Scott R. Hollander, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6025 | Cheryl S. Carr, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6026 | Susan K. Dixson, et al. v. Davol, Inc., et al. |
| NJ | 2 | 07-6029 | Roberta J. McCormick, et al. v. Davol, Inc., et al. |
| NJ | 2 | 08-91 | Joanne Gracyk v. C.R. Bard, Inc., et al. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 07-5375 | Ronald Lagoe v. Davol, Inc., et al. |
| OHIO SOUTHERN | | | |
| OHS | 2 | 07-1281 | James H. Wallace, Jr. v. Davol, Inc., et al. |
| OHS | 2 | 07-1282 | David P. Sherrer, et al. v. Davol, Inc., et al. |
| TEXAS EASTERN | | | |
| TXE | 5 | 07-192 | Marion Teague v. C.R. Bard, Inc., et al. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 07-3851 | Marisol Soto v. Davol, Inc. |
| TXS | 4 | 07-3852 | Steven Torres v. Davol, Inc. |
| TXS | 4 | 07-4183 | Sharon Carrie Conaway v. Davol, Inc. |
| TXS | 4 | 07-4309 | Lillian Hernandez v. Davol, Inc. |
| TXS | 4 | 07-4489 | Susan Kay Bestwick v. Davol, Inc., et al. |
| TXS | 4 | 07-4491 | David F. Poppy v. Davol, Inc., et al. |
| TXS | 4 | 07-4492 | Charles Robert Anderson, et al. v. Davol, Inc., et al. |
| TXS | 4 | 07-4503 | Jonathan Jackson v. Davol, Inc., et al. |
| TXS | 4 | 07-4504 | Joyce McConathy v. Davol, Inc., et al. |
| TXS | 4 | 07-4505 | Rita Reed v. Davol, Inc., et al. |
| TXS | 4 | 07-4506 | Jodi Schaller v. Davol, Inc., et al. |
| TXS | 4 | 07-4507 | Larry Snider v. Davol, Inc., et al. |

**MDL No. 1842 - Schedule CTO-14 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| TEXAS SOUTHERN | | | |
| TXS | 4 | 07-4515 | Mark C. Sharkozy v. Davol, Inc., et al. |
| TXS | 4 | 07-4542 | Lecey Heckenlively v. Davol, Inc., et al. |
| TXS | 4 | 07-4557 | Daniel F. Barker, et al. v. C.R. Bard, Inc., et al. |
| TXS | 4 | 07-4561 | Edward Navis v. Davol, Inc. |
| TXS | 4 | 08-101 | Janice J. Sloan v. Davol, Inc., et al. |
| WEST VIRGINIA NORTHERN | | | |
| WVN | 1 | 08-19 | Karen Bissett, et al. v. Davol, Inc., et al. |