**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-14)

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Carly Slack Anderson
PATTON TIDWELL & SCHROEDER LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75505-5398

David J. Cooner
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
3640 North Washington Boulevard
Indianapolis, IN 46205

Rhonda B. Debevec
SPANGENBERG SHIBLEY & LIBER LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114-3400

Grace V. Bacon Garcia
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Steven Michael Johnson
JOHNSON LAW FIRM
3437 West 7th Street, # 258
Fort Worth, TX 76107

Michael A. London
DOUGLAS & LONDON PC
111 John Street, 14th Floor
New York, NY 10038

Marcelino G. Lopez
LEE COSSELL KUEHN & LOVE LLP
127 East Michigan Street
Indianapolis, IN 46204

D. Mitchell McFarland
HARRISON BETTIS STAFF MCFARLAND & WEEMS LLP
500 Dallas Street, Suite 2600
Houston, TX 77002

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Melanie H. Muhlstock
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402

Paul Nathan
NATHAN & KREVAT
159 Derby Street
Salem, MA 01970

Harris L. Pogust
POGUST BRASLOW & MILLROOD LLC
161Washington Street
Suite 1520
Conshohocken, PA 19428

Teresa C. Toriseva
WEXLER TORISEVA WALLACE LLP
1446 National Road
P.O. Box 124
Wheeling, WV 26003