CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:07−cv−05375−ENV−KAM

Lagoe v. Davol, Inc. et al
Assigned to: Judge Eric N. Vitaliano
Referred to: Magistrate Judge Kiyo A. Matsumoto
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 12/26/2007
Date Terminated: 02/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ronald Lagoe**

represented by

**Michael A London**
Douglas &London
111 John Street, 8th Floor
New York, NY 10038
212−931−9980
Fax: 212−931−9979
Email: mlondon@douglasandlondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. $ 350, filed by Ronald Lagoe. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 12/27/2007) |
| 12/26/2007 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (Bowens, Priscilla) (Entered: 12/27/2007) |
| 01/07/2008 | " 2 | SCHEDULING ORDER: An Initial Conference has been scheduled for 5/20/2008 at 9:45 A.M. before Magistrate−Judge Kiyo A. Matsumoto at 225 Cadman Plaza East, Brooklyn, New York. Parties are directed to check in with chambers, room 1227−s, upon arrival. All counsel must be present. Plaintiffs' counsel is directed to confirm with defendants that all necessary participants are aware of this conference and appear. (See order attached).Ordered by Magistrate Judge Kiyo A. Matsumoto on 1/7/08. (Williams−Jackson, Sandra) (Entered: 01/07/2008) |
| 01/28/2008 | " 3 | STIPULATION by Davol, Inc., C.R. Bard, Inc. (Abate, Samuel) (Entered: 01/28/2008) |
| 02/06/2008 | " 4 | ORDER TO ANSWER re 1 Complaint filed by Ronald Lagoe Davol, Inc. Answer due 3/24/2008; C.R. Bard, Inc. answer due 3/24/2008. Ordered by Judge Eric N. Vitaliano, on 2/5/2008. (Barrett, C) (Entered: 02/06/2008) |

| | | |
|---|---|---|
| 02/25/2008 | " 5 | Letter dated 2/20/2008 from The JPMDL to David A. DiMarzio, Clerk, enclosing CTO−14. (Attachments: # 1 CTO−14/Schedule CTO−14 Tag Along Actions, # 2 Involved Counsel List, # 3 Involved Judges List, # 4 Involved Clerks List) (Barrett, C) (Entered: 03/06/2008) |
| 02/25/2008 | " | Case electronically transferred to District of Rhode Island. (Barrett, C) (Entered: 03/07/2008) |